# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00175-KLM All Defendants

Case title: USA v. Welch

Date Filed: 10/22/2021

Other court case number: 2:21-mj-00666 District of Ohio

Assigned to: Magistrate Judge Kristen L. Mix

**Defendant (1)**

**Paul Christian Welch**           represented by   **Paul Christian Welch**
PRO SE

**Stephanie Maureen Snyder**
Federal Public Defender's Office-Denver
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: stephanie_snyder@fd.org
*ATTORNEY TO BE NOTICED*

**Pending Counts**                 **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**              **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                     **Disposition**
21 U.S.C.§ 841 Knowingly or intentionally
attempt to manufacture, distribute, or

dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance., 21 U.S.C. § 846 Attempt and conspriacy to commit an act in violation of 21 U.S.C. § 841.

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Bryan David Fields** <br> U.S. Attorney's Office-Denver <br> District of Colorado <br> 1801 California Street <br> Suite 1600 <br> Denver, CO 80202 <br> 303-454-0100 <br> Fax: 303-454-0402 <br> Email: bryan.fields3@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2021 | 1 | RULE 5 AFFIDAVIT from the District of Southern Ohio. as to Paul Christian Welch (1). (csarr, ) (Entered: 10/22/2021) |
| 10/22/2021 | 2 | Arrest of Paul Christian Welch Initial Appearance - Rule 5 set for 10/22/2021 02:00 PM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. (Text Only entry)(csarr, ) (Entered: 10/22/2021) |
| 10/22/2021 | 3 | COURTROOM MINUTES for Initial Appearance in Rule 5(c)(3) Proceedings, Identity, Detention, and Preliminary Hearing as to Paul Christian Welch held on 10/22/2021 before Magistrate Judge Kristen L. Mix. Defendant present in custody. Defendant advised. Court appoints counsel. Defendant wishes to waive his right to an Identity, Detention and Preliminary Hearing at this time. Waiver tendered. Waiver accepted. Government is not seeking detention. Parties agree to bond conditions. Conditions of bond set. The court ORDERS the Defendant to appear in the charging district on 11/10/2021 at 2pm by VTC. Counsel have exchanged instructions on the VTC appearance. Defendant advised of conditions of bond and remanded for processing and release. (Total time: 9 minutes, Hearing time: 2:15-2:24) <br><br> **APPEARANCES**: Andrea Surratt on behalf of the Government, Stephanie Snyder on behalf of the Defendant, Pat Hanley on behalf of Pretrial. FTR: KLM-FTR. (bwilk, ) Text Only Entry (Entered: 10/22/2021) |
| 10/22/2021 | 4 | ORDER APPOINTING COUNSEL as to Paul Christian Welch by Magistrate Judge Kristen L. Mix on 10/22/2021. Text Only Entry (bwilk, ) (Entered: 10/22/2021) |
| 10/22/2021 | 5 | CJA 23 Financial Affidavit by Paul Christian Welch. (bwilk, ) (Entered: 10/22/2021) |

| | | |
|---|---|---|
| 10/22/2021 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Paul Christian Welch. (bwilk, ) (Entered: 10/22/2021) |
| 10/22/2021 | 7 | Personal Recognizance Bond Entered as to Paul Christian Welch. (bwilk, ) (Entered: 10/22/2021) |
| 10/22/2021 | 8 | ORDER Setting Conditions of Release by Magistrate Judge Kristen L. Mix on 10/22/2021. (bwilk, ) (Entered: 10/22/2021) |
| 10/22/2021 | 9 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Paul Christian Welch by Magistrate Judge Kristen L. Mix on 10/22/2021. (bwilk, ) (Entered: 10/22/2021) |
| 10/22/2021 | 10 | Notice to Southern District of Ohio of Rule 5 or 32 or 40 Initial Appearance: as to Paul Christian Welch Your case number is: 2:21-mj-0666. Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. (Text Only Entry) (bwilk, ) (Entered: 10/22/2021) |
| 10/25/2021 | 11 | NOTICE OF ATTORNEY APPEARANCE: Stephanie Maureen Snyder appearing for Paul Christian WelchAttorney Stephanie Maureen Snyder added to party Paul Christian Welch(pty:dft) (Snyder, Stephanie) (Entered: 10/25/2021) |