## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:21-mj-666 |
| vs. | : | MAGISTRATE JUDGE VASCURA |
| PAUL C. WELCH, | : | |
| Defendant. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL PURSUANT TO LOCAL RULE 83.4(c)(3)

Defendant Paul Welch, through counsel, hereby gives notice of substitution of counsel. David H. Thomas and Kathryn S. Wallrabenstein are appearing as counsel and Diane M. Menashe is withdrawing as counsel in the above-captioned case.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ David H. Thomas**
DAVID H. THOMAS
Ohio Supreme Court No. 0071492
P: (614) 334-6199
dthomas@taftlaw.com

**/s/ Kathryn S. Wallrabenstein**
KATHRYN S. WALLRABENSTEIN
Ohio Supreme Court No. 0092172
65 East State Street, Suite 1000
Columbus, Ohio 43215
P: (614) 220-0238
F: (614) 221-2007
kwallrabenstein@taftlaw.com

Approved:

**/s/ Diane M. Menashe**

*Paul C. Welch*
_____

DIANE M. MENASHE                    PAUL WELCH

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorney Michael Hunter, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215, on November 12, 2021, by electronic mail.

/s/ **David H. Thomas**
DAVID H. THOMAS