# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:21-mj-666 |
| vs. | : | MAGISTRATE JUDGE VASCURA |
| PAUL C. WELCH, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Kathryn S. Wallrabenstein respectfully requests that the Court enter her appearance as counsel for Defendant, Paul Welch, in the above-captioned case.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ Kathryn S. Wallrabenstein**
KATHRYN S. WALLRABENSTEIN
Ohio Supreme Court No. 0092172
65 East State Street, Suite 1000
Columbus, Ohio 43215
P: (614) 220-0238
F: (614) 221-2007
kwallrabenstein@taftlaw.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorney Michael Hunter, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215, on November 15, 2021, by electronic mail.

**/s/ Kathryn S. Wallrabenstein**
KATHRYN S. WALLRABENSTEIN