# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA,

      PLAINTIFF,                      Case No.  2:21-mj-0666
                                              Magistrate Judge Elizabeth P. Deavers

  -vs-

PAUL CHRISTIAN,

      DEFENDANT.

# NOTICE OF HEARING

TAKE NOTICE that a Preliminary Hearing is scheduled for **JUNE 2, 2022** at **11:00 A.M.** This hearing will be held before the **Honorable Elizabeth A. Preston Deavers**, United States Magistrate Judge, in **Courtroom No. 220, First Floor**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio, 43215.

                                                         /s/Sherry Nichols
                                                       Sherry Nichols
                                                       Courtroom Deputy (614) 719-3461
                                                        Sherry_Nichols@ohsd.uscourts.gov