IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE No. 2:21-MJ-666 |
| vs. | : | MAGISTRATE JUDGE |
| PAUL C. WELCH | : | CHELSEY M. VASCURA |
| DEFENDANT. | : | |

### EIGHTH JOINT MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED

Now come the parties, through their undersigned attorneys, and jointly move this Court for an additional order extending the time for the scheduled preliminary hearing and return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) from July 7, 2022, until September 8, 2022. The defendant, Paul C. Welch, is aware of his right the timely filing of an Indictment or Information, afforded under 18 U.S.C. § 3161(b), and hereby waives those rights for the purposes of this motion. The parties continue to believe this additional continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties have engaged in extensive plea discussions and have undertaken an evaluation of all relevant issues and guideline implications necessary to resolve this matter. The parties are in agreement that an additional continuance of the time for indictment to finalize all relevant issues would best serve the interests of justice and the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

For these reasons, the parties request an extension of the time until September 8, 2022,

1

within which a preliminary hearing will occur or Indictment or Information may be filed in this case.

                Respectfully submitted,

                KENNETH L. PARKER
                United States Attorney

| s/David H. Thomas | s/Michael J. Hunter |
|---|---|
| DAVID H. THOMAS | MICHAEL J. HUNTER (0076815) |
| Taft Stettinius & Hollister LLP | Assistant United States Attorney |
| 65 E. State St., Suite 1000 | 303 Marconi Boulevard, Suite 200 |
| Columbus, OH 43215 | Columbus, Ohio 43215 |
| (614) 334-6199 | (614) 469-5715 |
| Attorney for Paul C. Welch | michael.hunter@usdoj.gov |
| dthomas@taftlaw.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE No. 2:21-MJ-666 |
| vs. | : | MAGISTRATE JUDGE |
| PAUL C. WELCH | : | CHELSEY M. VASCURA |
| DEFENDANT. | : | |

## ORDER

Upon this joint motion of the parties, and for the reasons set forth in the parties' joint motion, the Court hereby finds that there is good cause shown to grant an additional extension of time to return an Indictment or file an Information, that the extension would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court hereby GRANTS an additional extension of these dates until September 8, 2022, where a preliminary hearing will occur or an Indictment or Information will be filed pursuant to 18 U.S.C. § 3161(b).

_____
Date

_____
United States Magistrate Judge